No. 42402.—Protest 962775–G of Rosenbluth Bros. & Co. (New York).

Opinion by Cline, J. It appeared that the cases and the immediate containers were marked but that the goods themselves were not marked in a conspicuous place, as the marking was placed on the top article only and it was folded under. On the authority of *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) the protest was sustained as to one case.